# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00754-CV

**In re Joseph Patrick Briceño**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

We deny relator Joseph Patrick Briceño's motion for temporary emergency stay and his petition for writ of mandamus.

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Field

Filed:   December 3, 2015